THE PEOPLE OF THE STATE OF ILLINOIS, *ex rel.*
THE SOUTH PARK COMMISSIONERS,

*v.*

ERASTUS S. WILLIAMS, Judge of the Circuit Court of
Cook County.

SOUTH PARK, *in Chicago—validity of the act of February* 24, 1869. That act, providing for the location and maintenance of a park for the towns of South Chicago, Hyde Park and Lake, having been held to be valid, a mandamus was awarded, requiring the Judge of the Circuit Court of Cook county to appoint persons to assess the damages to be paid to owners of land about to be taken for the park, under the provisions of the act.

Application for mandamus.

The opinion states the case.

Messrs. BECKWITH, AYER & KALES, for the relators.

Messrs. STORRS & WILSON and Mr. JOHN J. MCKINNON, for the respondent.

Mr. CHIEF JUSTICE BREESE delivered the opinion of the Court:

This is an application by the South Park commissioners for a mandamus, to compel the Judge of the Circuit Court of Cook county, to appoint, forthwith, on their petition, three disinterested freeholders of that county, commissioners, to fix the compensation and assess the damages to be paid to the owners of the lands about to be taken by the relators for the South Park, under the provisions of the act of February 24, 1869, entitled, " An Act to provide for the location and maintenance of a park for the towns of South Chicago, Hyde Park and Lake."

The only question presented in the record, is the validity of the act cited. As that has been determined to be valid and within the constitutional competency of the legislature to enact, in the case of the same commissioners against Salomon, the clerk of the county court, the mandamus as prayed for, must be awarded. A peremptory mandamus will accordingly issue.

*Mandamus awarded.*